United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10665
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

HECTOR CAMPOZANO-TIERRABLANCA,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:02-CR-00384-1-M
---------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

The assistant federal public defender appointed to represent Campozano-Tierrablanca in the district court and on direct appeal has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Campozano-Tierrablanca has filed a pro se brief in response to counsel's motion.  Our independent review of the briefs and the record disclose no nonfrivolous issues for appeal.  The FPD's motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, the FPD is excused from further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

We decline to address the ineffective assistance of counsel claims raised by Campozano-Tierrablanca in this proceeding because the record is not sufficiently developed to permit direct review.  <u>See</u> <u>United States v. Brewster</u>, 137 F.3d 853, 859 (5th Cir. 1998).

ANDERS MOTION GRANTED; APPEAL DISMISSED.